## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| DARRELL BULLARD, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FAIRFAX COUNTY DETENTION )<br>CENTER, )<br>)<br>Defendant. ) | Civil Action No. 3:20CV451–HEH |

### MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

On July 13, 2020, the United States Postal Service returned a June 29, 2020 Memorandum Order to the Court because Plaintiff apparently had moved. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
HENRY E. HUDSON
Date: July 24, 2020
SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia